Law Offices of
**Susan K. Marcus**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

November 12, 2019

VIA ECF

Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/13/19

In re: *United States v. Disney Abreu*, 18-CR-281

Dear Judge Buchwald:

I write to request an adjournment of the violation of supervised release hearing set for November 14, 2019. I will be out of town on another matter and unable to attend court on that day. I am available November 19, 20 or 21, 2019, or November 25 or 26, 2019, or another date after December 2, 2019, at the Court's convenience. AUSA Julianna Murray consents to the adjournment, and is available on November 21, 2019 after 2pm or anytime on November 26, 2019.

Thank you for your consideration of this request.

Sincerely,

/s/ Susan K. Marcus
Susan K. Marcus, Esq.

*[Handwritten annotation:]* The hearing is adjourned until November 26, 2019 at 11 am. So Ordered. /s/ Naomi Reice Buchwald, USDJ 11/13/19