UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

- against -

DISNEY ABREU,

                Defendant.
------------------------------------X

**O R D E R**

18 Cr. 281-1 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

For the reasons stated on the record at the Violation of Supervised Release hearing held on November 26, 2019, it is hereby

**ORDERED** that defendant Disney Abreu's sentence of supervised release is terminated early.

Dated: New York, New York
November 26, 2019

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE